IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DARRELL D. MASSEY                                                                                          PLAINTIFF

V.                                            NO:1:09CV00015 JMM

RHONDA DOWELL *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE